# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129266

JAMES HALL,
          Plaintiff-Appellant,

v

WAYNE COUNTY DEPARTMENT OF PUBLIC
SERVICES, LORENZO BLOUNT, E. GLANTON,
EDMOND LEE HAYES, AFSCME COUNCIL 29,
and AFSCME LOCAL 101,
          Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129266
COA: 252162
Wayne CC: 03-329761-CZ

On order of the Court, the application for leave to appeal the May 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219